IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mims, Earnestine | Case Number: 07 B 10889 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: October 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,400.00 | |
| Secured: | | 2,500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,608.41 |
| Trustee Fee: | | 291.59 |
| Other Funds: | | 0.00 |
| Totals: | 5,400.00 | 5,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 2,608.41 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 19,999.14 | 2,500.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 8,183.87 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 228.96 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 538.70 | 0.00 |
| 8. | Loan Machine | Unsecured | 2,521.56 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 334.73 | 0.00 |
| 10. | Capital One | Unsecured | 837.47 | 0.00 |
| 11. | Nationwide Cassel | Unsecured | 7,467.52 | 0.00 |
| 12. | Condor Capital Corp | Unsecured | 10,959.92 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 52.70 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 1,709.77 | 0.00 |
| 15. | Corporate America Family CU | Unsecured | 0.00 | 0.00 |
| 16. | City Of Chicago | Unsecured | 880.00 | 0.00 |
| 17. | Nicor Gas | Unsecured | 1,122.47 | 0.00 |
| 18. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 19. | Global Payments | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | NDC Check Services | Unsecured | | No Claim Filed |
| 24. | Professional Account Services | Unsecured | | No Claim Filed |
| 25. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mims, Earnestine | Case Number: 07 B 10889 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/19/07 |

| 26. | Money Market | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Bay Area Credit Services | Unsecured | | No Claim Filed |

$ 58,270.81        $ 5,108.41

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 291.59 |

$ 291.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____